laura**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR175 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **PABLO LEYVA, TERIONA FREEMONT, CHRYSTIAN TOWNSLEY, AND BOBBIE GOODTEACHER** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the defendant, Pablo Leyva's Unopposed Motion to Continue Trial [120]. Counsel needs additional time to allow the defendant and counsel to complete a review of the voluminous Rule 16 materials. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [120] is granted, as follows:

1. The jury trial, **for all defendants**, now set for June 21, 2021, is continued to **October 12, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 12, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: May 21, 2021.**

                                         **BY THE COURT:**

                                         **s/ Susan M. Bazis**
                                         **United States Magistrate Judge**